UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 24CR254 bWF/LIB<br>**INDICTMENT** |
| Plaintiff, | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(A) |
| v. | 21 U.S.C. § 841(b)(1)(B) |
| | 21 U.S.C. § 853 |
| BYRON TERRELL ROBINSON, | 21 U.S.C. § 851 |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent to Distribute Methamphetamine)

On or about July 23, 2024, in the State and District of Minnesota, the defendant,

**BYRON TERRELL ROBINSON,**

did unlawfully, knowingly, and intentionally possess with intent to distribute, and did distribute, 500 grams or more of a mixture and substance containing methamphetamine, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), both controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B).


SCANNED
SEP 19 2024 LT
U.S. DISTRICT COURT MPLS

*United States v. Byron Terrell Robinson*

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference for the purpose of alleging forfeitures.

If convicted of Count 1 of the Indictment, the defendant

**BYRON TERRELL ROBINSON,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of that offense.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON